**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                    Case No. _____

LAFONTAINE ORTIZ, FELIX I & MARRERO MONTES, LISANDRA      Chapter 13
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: 8/01/2011                          ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION            Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 400.00 x 36 = $ 14,400.00
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___

TOTAL: $ 14,400.00

Additional Payments:
$ 10,000.00 to be paid as a LUMP SUM within 12 months with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ ___ x ___ = $ ___

PROPOSED BASE: $ 24,400.00

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ ___
B. SECURED CLAIMS:
☑ Debtor represents no secured claims.
☐ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. ___    Cr. ___    Cr. ___
# ___    # ___    # ___
$ ___    $ ___    $ ___
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. ___    Cr. ___    Cr. ___
# ___    # ___    # ___
$ ___    $ ___    $ ___
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ___    Cr. ___    Cr. ___
# ___    # ___    # ___
$ ___    $ ___    $ ___
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☐ Debtor otherwise maintains regular payments directly to:
_____
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ___
☐ Paid 100% / ☐ Other: ___
Cr. ___    Cr. ___    Cr. ___
# ___    # ___    # ___
$ ___    $ ___    $ ___
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ ___

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT FROM THE COURT FOR SUCH PURPOSE.

PLAN PROPOSES TO PAY 100% PLUS 6% TO GENERAL UNSECURED CREDITORS.

Signed: */s/ FELIX I LAFONTAINE ORTIZ*
Debtor

*/s/ LISANDRA MARRERO MONTES*
Joint Debtor

Attorney for Debtor Jose Prieto                  Phone: (787) 607-2066

**CHAPTER 13 PAYMENT PLAN**